UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JAMES M. LONG                                                      Case No. 6:17-bk-00402-CCJ
SHARON P. LONG,

                                   Debtors./

**DEBTORS' OBJECTION TO CLAIM NO. 8 AS FILED BY
WELLS FARGO BANK, N.A.**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington St, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Adam G. Russo, Esquire, Myers, Eichelberger & Russo, P.L., 5728 Major Boulevard, Suite 735, Orlando, Florida  32819, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME NOW Debtors, JAMES M. LONG and SHARON P. LONG, by and through undersigned counsel, file this Objection to the claim of Creditor, WELLS FARGO BANK, N.A., and the Debtors state as follows:

1. The Creditor filed a secured claim in the amount of $201,642.60 (Claim No. 8) on March 23, 2017.

2. The Creditor claims pre-petition arrearages in the amount of $34,612.56.

3. The Debtors object to the arrearage amount.

4. The Debtors request that the Creditor provide a complete history of this loan.

WHEREFORE, Debtors by and through their undersigned counsel, requests that the Court order WELLS FARGO BANK, N.A. to provide a complete history of the loan, and grants such other and further relief as this Court deems just and proper.

Respectfully submitted this 21st day of June, 2017.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Myers, Eichelberger & Russo, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile:  407-536-4977
adam@themelawfirm.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by certified U.S Mail or by electronic transmission on the 21st day of June, 2017, to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; Laurie Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, FL  32790; Wells Fargo Bank, N.A., Attn: Eric Houdek, Vice President, Loan Documentation, Wells Fargo Bank, N.A, 1 Home Campus, X2303-01A, Des Moines, IA  50325-0001; Wells Fargo Bank, N.A., Attn:  Registered Agent, General Manager or Officer, Wells Fargo Operations Center, Post office Box 31557, B6955-01B, Billings, MT  59107 and  Wells Fargo Bank, N.A., c/o Albertelli Law, Post Office Box 23028, Tampa, Florida  33623.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Myers, Eichelberger & Russo, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile:  407-536-4977
adam@themelawfirm.com