**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

JAMES M. LONG                                       CASE NO.: 6:17-bk-00402-CCJ
*Aka* JAMES MCKINLEY LONG              CHAPTER: 13
SHARON P. LONG
*Aka* SHARON PETTY LONG

    **Debtor(s)**
_____/

**RESPONSE TO DEBTORS' OBJECTION TO CLAIM NO. 8 AS FILED BY WELLS FARGO BANK, N.A. [DE 34]**

Creditor, **Wells Fargo Bank, N.A.** ("Creditor"), by and through its undersigned counsel, hereby files this *Response to Debtors' Objection to Claim No. 8 as Filed by Wells Fargo Bank, N.A.* **[DE 34]** (the "Response") and in support, states the following:

1. Creditor holds a secured mortgage on real property owned by Debtors located at 1439 Crocus Ct. Longwood, FL 32750 (the "Subject Property).

2. Creditor affirms that a timely Proof of Claim **[Claim No. 8-1]** (hereinafter the "Claim") was filed on March 24, 2017, in the amount of $201,642.60 in secured mortgage debt and $34,612.56 in mortgage arrears.

3. On June 21, 2017 Debtors filed an *Objection to Claim No. 8 as Filed by Wells Fargo Bank, N.A.* **[DE 34]** (hereinafter the "Objection") objecting to the pre-petition arrearage amount of $34,612.56 and requesting a complete history of the loan.

4. Creditor requests additional time to address the allegations set forth in the Debtor's *Objection.*

5. Creditor reserves the right to supplement and/or amend this Response in the future.

*THIS SPACE WAS INTENTIONALLY LEFT BLANK*

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests that this Court allow additional time for the Creditor to research the allegations set forth in the Objection, and awarding any and all other relief that this Court deems just and appropriate.

/s/   *Jeffrey Fraser, Esq.*
Jeffrey Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

17-006606

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 11th day of July, 2017.

James M. Long
1439 Crocus Court
Longwood, FL 32750

Sharon P. Long
1439 Crocus Court
Longwood, FL 32750

Adam G. Russo
Myers & Eichelberger, P.L.
5728 Major Blvd
Suite 735
Orlando, FL 32819

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/    *Jeffrey Fraser, Esq.*
Jeffrey Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

17-006606